# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **3:20-CR-147** |
| v. | : | **(JUDGE MANNION)** |
| **JOHN L. KRAMER,** | : | |
| Defendant. | : | |

## AMENDED ORDER [1]

In accordance with the memorandum filed this same day, Defendant, John L. Kramer's, Motion to Vacate **(Doc. 97)** will be **DENIED** without an evidentiary hearing. Further, there is no probable cause in this case to issue a certificate of appealability under 28 U.S.C. §2253(c)(2).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 18, 2025**
20-147-05

---

[1] This Amended Order modifies the Court's Order (Doc. 112) filed on January 21, 2025, to reflect that a certificate of appealability will not be issued.